UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG MELFI, DDS | ) | |
| | ) | |
| VS. | ) | C.A. 04-81S |
| | ) | |
| ARTHUR MANSOLILLO, DDS alias | ) | |
| and JOSEPH MANSOLILLO, DDS alias ) | ) | |

**AMENDED NOTICE OF DEPOSITION**

Kindly take notice that at **10:00 a.m. on Monday, June 27, 2005**, at the offices of HIGGINS, CAVANAGH & COONEY, LLP, the attorneys for the Defendant will take the deposition of **GREGG MELFI, DDS** for the purpose of discovery, or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

**Amended from 6/16/05**

Defendant, by His Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

By ______________________
Lawrence P. McCarthy, III, #2860
123 Dyer Street
Providence, RI 02903
(401) 272-3500

CC: Reporting Associates
10 Dorrance Street, Suite 617
Providence, R.I. 02903

**CERTIFICATION**

I hereby certify that a copy of the within document has been mailed, postage prepaid, to Everett A. Petronio, Jr., Esq., 1239 Hartford Avenue, Johnston, RI 02919-0001 and Francis A. Connor, III, Esq., Taylor Duane Barton & Gilman, LLP, 10 Dorrance St., Suite 700, Providence, RI 02903 this 13th day of June, 2005.

Susan Newman
______________________