299353

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG MELFI, DDS<br>Plaintiff<br><br>v.<br><br>ARTHUR MANSOLILLO, D.D.S.,<br>JOSEPH MANSOLILLO, D.D.S.<br>Defendants, | ) | C.A. 04-81S |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims in this action are hereby dismissed with prejudice, without interest, without costs, all rights of appeal being waived.

The Plaintiff,
By his Attorney,

Francis A. Connor, III
R.I. Bar No. 4640
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

401-273-7171
401-273-2904/Fascimilie

The Defendants,
By their Attorney,

Lawrence P. McCarthy, III
R.I. Bar No. 2860
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

(401) 272-3500
(401) 273-8780/Fascimilie

## CERTIFICATE OF SERVICE

I, Francis A. Connor, III, hereby certify that on January 23, 2007, I mailed a copy of the foregoing:

1. Stipulation of Dismissal for Civil Action No. 04-81S

by first class mail to:

Lawrence P. McCarthy, III, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903.

Francis A. Connor, III